# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2014

## NO. 03-12-00247-CV

**Roland Oil Company, Appellant**

**v.**

**Railroad Commission of Texas, Appellee**

**APPEAL FROM 353RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE, AND FIELD**
**REVERSED AND REMANDED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the district court on March 28, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment. Therefore, the Court reverses the district court's judgment and remands the case to the Railroad Commission of Texas for further proceeding. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.